No. 00–1687. ALLNUTT, AKA SOVEREIGN EQUIPMENT CO. ET AL. v. FRIEDMAN, CHAPTER 11 TRUSTEE FOR THE BANK-

RUPTCY ESTATES OF ALLNUTT. C. A. 4th Cir. Certiorari denied.